In re Allen, Derrick; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. G, No. 06-04-0828; to the Court of Appeal, First Circuit, No. 2008 KW 1706.
Denied. State ex rel. Bernard, v. Cr.D.C., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175; State ex rel. Degreat v. State, 98-0690 (La.7/2/98), 724 So.2d 205. As to relator’s motion for production of documents seeking the district attorney’s file, relator must first address his request to the records’ custodian R.S. 44:31; State ex rel. Shelton v. State, 00-1901 (La.9/14/01), 796 So.2d 672; State ex rel. McKnight v. State, 98-2258 (La.App. 1 Cir. 12/3/98), 742 So.2d 894.